| UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:21-cv-717 |
|---|---|
| Name of Plaintiff(s):<br>Wilmer Oliva<br><br>VERSUS<br>Name of Defendant(s):<br>City of Winston-Salem | REPORT<br>OF<br>MEDIATOR<br><br>(*For Placement on the CM/ECF Docket*) |
| Mediator Name: Asa L. Bell, Jr.<br>Telephone No.: 919-755-1068<br>E-Mail Address: P.O. Box 37304 Raleigh, NC 27627 | ☐ This is an **Interim Report**. A final report is to be filed after resumption of the mediation |

**RECEIVED** In This Office AUG 0 8 2022 CLERK U.S. DISTRICT COURT GREENSBORO, N.C.

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:

   ☒ was held on June 21, 2022 _____ (date)

   ☐ was NOT held because _____

2. **Attendance**

   ☒ No Objection was made on the grounds that any required attendee was absent.
   ☐ Objection was made by _____

3. **Outcome**

   ☒ Complete settlement of the case
   ☐ Conditional settlement or other disposition
   ☐ Partial settlement of the case
   ☐ Recess (i.e., mediation to be resumed at a later date)
   ☐ Impasse
   ☒ Additional Information: Mediator notified of settlement post mediation on July 27, 2022.

4. **Settlement Filings**

   a) The document(s) to be filed to effort the settlement are VD with Prejudice
   b) The person responsible for filing the document(s) is Chris Hodgson
   c) The agreed deadline for filing the document(s) is _____

   **Submission of Report.** Please submit the completed and signed report by mail of Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if Consent to Transfer Documents Electronically Form has been submitted, submit the signed to medclerk@ncmd.uscourts.gov.

Case 1:21-cv-00717-LCB-LPA   Document 18   Filed 08/08/22   Page 1 of 1