# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### CIVIL ACTION NO. 1:21-cv-717

| | |
|---|---|
| WILMER OLIVA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION OF VOLUNTARY |
| v. ) | DISMISSAL WITH PREJUDICE OF |
| ) | PLAINTIFF WILMER OLIVA |
| CITY OF WINSTON-SALEM, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Fed. R. Civ. P. 41(a), the Parties, through undersigned counsel, hereby stipulate to a voluntary dismissal with prejudice of Plaintiff Wilmer Oliva's claims for damages. The Parties file this voluntary dismissal pursuant to a Settlement Agreement, about which the Mediator notified the Court on August 8, 2022. (ECF No. 18).

Respectfully submitted this 15th day of August, 2022.

/s/ Christopher Hodgson
Christopher A. Hodgson, N.C. Bar No. 50135
Lisa Grafstein, N.C. Bar No. 22076
Elizabeth Myerholtz, N.C. Bar No. 54612
Disability Rights North Carolina
3724 National Drive, Suite 100
Raleigh, NC 27612
Phone: 919-856-2195
Fax: 919-856-2244
Chris.hodgson@disabilityrightsnc.org
Lisa.grafstein@disabilityrightsnc.org
Elizabeth.myerholtz@disabilityrightsnc.org

*Counsel for Plaintiff*

/s/ James R. Morgan, Jr.
James R. Morgan, Jr.
NC Bar No. 12496
WOMBLE BOND DICKSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Phone: 336-721-3710
Fax: 336-733-8394
Jim.Morgan@wbd-us.com

*Counsel for Defendant*

1